**William L. CHANDLER, Plaintiff–Appellant,**

v.

**B.J. ROBERTS, Sheriff, Defendant–Appellee,**

**and**

**George M. Rogers, III, Attorney at Law; Anthon Bell, Commonwealth Attorney, Defendants.**

**No. 14–6138.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 29, 2014.

William L. Chandler, Appellant Pro Se. Samuel Lawrence Dumville, Norris & St. Clair P.C., Virginia Beach, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William L. Chandler appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) action, pursuant to 28 U.S.C. § 1915A(b)(1) (2012), and he has filed a motion to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, although we grant Chandler's motion to proceed in forma pauperis, we affirm the district court's orders. *Chandler v. Roberts,* No. 1:13–cv–01115–GBL–IDD (E.D. Va. Oct. 28, 2013; Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*